## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

WINIFRED O. BROWN, SR., )
)
Petitioner, )
)
v. ) Civil Action No. 06-798-***
)
THOMAS L. CARROLL, )
Warden, and ATTORNEY )
GENERAL OF THE STATE )
OF DELAWARE, )
)
Respondents. )

## O R D E R

WHEREAS, the petitioner has filed a form petition seeking federal habeas

corpus relief pursuant to 28 U.S.C. § 2254 and has requested leave to proceed *in forma*

*pauperis* pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in petitioner's affidavit, the request

to proceed *in forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before this court may rule on the merits of the petition, the petitioner

must be given notice that the AEDPA applies to the pending petition. *See United*

*States v. Miller*, 197 F.3d 644 (3d Cir. 1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this __17__ day of January, 2007, that, on or before February __21__, 2007, the petitioner must file the attached election form with the court. Failure to timely return the completed election form will result in the court's ruling on the pending petition as filed.

Honorable Mary Pat Thynge
U.S. Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WINIFRED O. BROWN, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-798-*** |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| Warden, and ATTORNEY | ) | |
| GENERAL OF THE STATE | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

## AEDPA ELECTION FORM

1. _____        I wish the Court to rule on my § 2254
petition as currently pending. I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this petition
will be my one opportunity to seek federal
habeas corpus relief.

2. _____        I wish to amend my § 2254 petition to
include all the grounds I have. I will
do so within thirty (30) days. I realize
that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this amended
all-inclusive petition will be my one
opportunity to seek federal habeas corpus
relief.

3. _____        I wish to withdraw my § 2254 petition
                   without prejudice to file one all-inclusive
                   petition in the future; that is, one
                   that raises all the grounds I have for
                   federal habeas corpus relief. I realize
                   this all-inclusive petition must be filed
                   within the one-year period as defined by
                   28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
                   204 F.3d 417 (3d Cir. 2000).


4. _____        I am not seeking federal habeas corpus
                   relief under § 2254. I am instead seeking
                   relief under _____.


                   _____
                   Petitioner