D.I. #_____

# CIVIL ACTION
# NUMBER: _____06 cv 798_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

