April 19, 2007

U.S. District Court
ATTN: Office of the Clerk
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Winfred O. Brown Sr. v Thomas Carroll and Attorney General of the State of Delaware, Civil Action No. 06-798-

Court Clerk:

1. The plaintiff hereby files this notice of intent with the Court and all parties in accordance with Federal Rules of Civil Procedure 41(a)(1) of his desire to voluntary dismiss his action against the defendant(s) without prejudice.

2. Pursuant to Rule 5(a) the plaintiff has notified all parties involved in this action.

Respectfully Submitted

Winfred O. Brown Sr.
SBI: 019174  Unit: V-B-1
DCC
1181 Paddock Road
Smyrna, DE 19977



FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Certificate of Service

I, Winfred O. Brown Sr., hereby certify that I have served a true and correct copy of the attached Notice to Dismiss upon the following parties/person(s):

Deputy Attorney General
820 N. French Street
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at eh Delaware Correctional Center, Smyrna, DE 19977.

On this ___19th___ day of ___APRIL___, 2007.

*Winfred O Brown* (signature)

TIM (WILFRED) BROWN
SBI# 019174   UNIT V-B-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 APR 2007 PM 2 T

U.S. DISTRICT COURT
ATTN: OFFICE OF THE CLERK
844 N KING ST, LOCKBOX 18
WILMINGTON, DE 19801-3570