IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WINFRED O. BROWN, SR., | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | C.A. No. 06-798-*** |
| THOMAS L. CARROLL, ET AL., | ) ) ) | |
| Respondent. | ) | |

### ORDER

WHEREAS, the petitioner filed a notice of voluntary dismissal (D.I. 13) on April 20, 2007; therefore,

IT IS HEREBY ORDERED that this case is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
June 6, 2007